FILED
BILLINGS DIV.

2009 JUL 14 AM 11 25

PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| SHAWN HOWARD WELLER, ) | |
| ) | CV-09-37-BLG-RFC-CSO |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| MONTANA STATE DEPARTMENT OF ) | AND RECOMMENDATIONS |
| CORRECTIONS, ) | OF U.S. MAGISTRATE JUDGE |
| ) | |
| Defendant. ) | |

On June 25, 2009, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendation (*Doc. 10*) with respect to the 28 U.S.C. §§ 1915 & 1915A screening of Weller's *pro se* civil rights complaint. Previously, Magistrate Judge Ostby granted Weller's motion to proceed *in forma pauperis* and permitted him to file an amended complaint. Magistrate Judge Ostby has since reviewed Weller's amended complaint (*Doc. 7*). She concludes that it fails to state a claim upon which relief may be granted and therefore recommends that the amended complaint be dismissed with prejudice, that the docket reflect this dismissal count

1

as a strike against Weller, and that this Court certify that an appeal of this dismissal would not be taken in good faith.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). Weller filed a document purportedly containing objections on July 6, 2009. *Doc. 12.* Ordinarily, the filing of objections require this Court to make a *de novo* determination of the portions of the Findings and Recommendations to which objection is made. 28 U.S.C. § 636(b)(1). Here, however, the "objections" do not address Magistrate Judge Ostby's Findings and Recommendation, but merely express Weller's displeasure with the Montana criminal justice system. Accordingly, Weller's objections need not be addressed.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and adopts them in their entirety. For that reason, **IT IS HEREBY ORDERED** as follows:

    (1)    that this matter be **DISMISSED WITH PREJUDICE**;

    (2)    pursuant to 28 U.S.C. § 1915(g), that the docket reflect the dismissal of this action count as a strike against Weller; and

    (3)    pursuant to Rule 24(a)(3)(A), that any appeal of this dismissal would not be taken in good faith.

2

The Clerk of Court is directed to entered judgment, by separate document, that this action is dismissed for failure to state a claim upon which relief may be granted.

DATED this 14th day of July 2009.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE